IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02CR334 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| WENDY SHAFFER, | ) ) ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion to Modify Time of Self Surrender (Filing No. 59). After review of the motion and consultation with defendant's probation officer, the court grants an extension of time **until on or after August 18, 2009,** in which to self-surrender to the Bureau of Prisons.

SO ORDERED.

Dated this 17th day of July, 2009.

        BY THE COURT:

        s/Joseph F. Bataillon
        Chief District Judge